UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABDUL REHMAN ET AL., | |
| Plaintiffs, | 24 Civ. 3333 (PAE) |
| -v- | ORDER |
| ANTONY J. BLINKEN ET AL., | |
| Defendants. | |

PAUL A. ENGELMAYER, District Judge:

On August 12, 2024, defendants filed a motion to dismiss the complaint under Rule 12 of the Federal Rules of Civil Procedure. Dkt. 24. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that plaintiffs shall file any amended complaint by September 2, 2024. No further opportunities to amend will ordinarily be granted. If plaintiffs do amend, by September 23, 2024, defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiff, stating that defendants rely on the previously filed motion to dismiss.[1]

It is further ORDERED that if no amended complaint is filed, plaintiffs shall serve any opposition to the motion to dismiss by September 2, 2024. A reply from defendants shall be served by September 16, 2024. At the time any reply is served, the moving party shall supply the Court with a courtesy copy of all motion papers by attaching them as PDF files to a single email addressed to EngelmayerNYSDChambers@nysd.uscourts.gov.

---

[1] If defendants file a new motion to dismiss or rely on their previous motion, an opposition from plaintiffs will be due 14 days thereafter, and a reply from defendants will be due seven days after that.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: August 12, 2024
New York, New York